# SAMSON & POWERS, PLLC
## A PROFESSIONAL LIMITED LIABILITY COMPANY
### ATTORNEYS AT LAW
2408 14TH STREET
GULFPORT, MISSISSIPPI 39501
TELEPHONE: (228) 822-1109
FACSIMILE: (228) 822-2317

ROLAND F. SAMSON, III

May 2, 2005

MAILING ADDRESS:
POST OFFICE BOX 1417
GULFPORT, MS 39502

### HAND-DELIVERED

Ms. Sue Carter, Deputy Clerk-in-Charge
United States District Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 403
Gulfport, MS 39501

RE:    *Lyndon Property Insurance Company v. Duke Levy & Associates, P.A.*
       Civil Action No.: 1:03cv00310-LG-RHW
       Our File No.: 215-002

Dear Ms. Carter:

In accordance with the Declaration of Technical Difficulty filed electronically on April 29, 2005, enclosed for filing please find Exhibits "A" through "H" to the Defendant, Duke Levy & Associates, P.A.'s, Motion for Summary Judgment.

By copy of this letter, we have forwarded a copy of same to all counsel of record. Should you have any questions regarding this matter, please let us know.

With kind regards, we are

Sincerely,

SAMSON & POWERS, PLLC

BY: _____
ROLAND F. SAMSON, III

RFSIII/rg
Enclosures

cc:    Thomas C. Anderson, Esq. (via hand-delivery)